NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Karim Golding      Docket No.: 15-0891

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Megan Wolfe Benett, Esq.

Firm:

Address: 750 Third Avenue, 32nd Floor, New York NY 10017

Telephone: (212) 973-3406      Fax: (212) 972-9432

E-mail: mbenett@kreindler.com

Appearance for: defendant-appellant Karim Golding
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Harry C. Batchelder, Jr. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 08/13/2013 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: Megan Wolfe Benett, Esq.